Case 3:14-cr-03058-BEN   Document 1   Filed 09/26/14   PageID.1   Page 1 of 8

FILED
SEP 2 6 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 14 MJ 3354 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 18, U.S.C. §2422(b) – Attempted Enticement of Minor |
| Christopher Douglas Mitzel, ) Aka User texting from 559-801-1195 ) | |
| Defendant. ) | |

The undersigned Complainant, being duly sworn, states:

On or about and between August 20, 2014 to September 25, 2014, within the Southern District of California, defendant Christopher Douglas Mitzel, aka User texting from 559-801-1195, using any facility and means of interstate and foreign commerce, including the telephone and by computer, did knowingly attempt to persuade, induce, entice, and coerce, an individual whom he believed was under the age of 18 to engage in unlawful sexual activity for which a person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Lana K. Sabata
Special Agent
Federal Bureau of Investigation

1

Sworn to me and subscribed in my presence this 26th day of September, 2014

*[signature]*

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On August 20, 2014, I located an ad posted online from a 35 year old male looking for a very young daughter. The poster could be contacted at "5fivenine8zero1one1nine5". On September 3, 2014, I texted the number and stated that I saw his posting. The person replied, "Which ad…I had quite a few lol".

On September 4, 2014, I replied and wrote, "The looking for daughter one". The poster wanted to know if I was male or female, and I replied female and that my daughter was almost 16. He asked, "And what all are you looking to do?" I replied that we were exploring our options and he asked if my daughter had sex before and he stated, "Well I'm willing to help out."

The conversation continued and when I asked what all he was into he stated, "Love young girls, watching, getting involved with it if allowed, all types of things…bout the only thing I'm not into is scat and golden showers." The poster asked how far we were willing to go in the past, and I replied, "With trust, as far as ur willing". The poster wrote, "Sounds great…Got to have trust and safety above anything else I agree 100." We continue to chat back and forth and agree to continue to text to get to know one another to see if we were compatible. The poster stated that he lived in Mission Valley, drank alcohol, and smoke cigarettes and marijuana. I ended the conversation. I did not reach out further.

2

On September 6, 2014, I received three text messages at approximately 6:50 p.m. from the poster. The poster stated he had a bad day and he was sorry he did not reach out to me to chat. He asked for a photo of me and my daughter and I stated I did not have them available at the moment. We continued texting and at one point he stated, "I've been into girls your daughters age and younger for a while." The poster asked me what the youngest I was into was, meaning age, and stated I was still thinking about it. He offered, "Ahh....10 here." I specifically asked him, "Why 10 if I may ask...?" And his response was the following in two text messages:

> "I guess it's cause the girl isn't a teen yet, guessing that the girl hasn't really starting to grow hair yet on her pussy, getting close to the age where she can get pregnant (guessing), maybe the slightest showing of grow of her titties, and how they are small. Could only imagine what it would feel like to be inside something so small and tight."

> He also stated, "I just hope to have an experience with a girl that's young enough to be my kid some day lol".

The conversation continued and he asked, "If we did end up meeting she is on the pill and I would use a condom right? Same with you as well?" I replied that we both were and I would like him protected for both our sake. I ended the conversation a short time later. I did not text him again.

On September 8, 2014, at approximately 8:09 a.m., I received text messages from the same telephone number. One of the messages stated, "Did you mention myself to your daughter yet?" I did not reply. On September 9, 2014, at approximately 12:39 p.m. I received a text stating, "Family still visiting?" I did not reply.

On September 13, 2014, I replied back. We started to chat and he asked, "Did you ever mention me to your daughter?" He asked, "When were you thinking about meeting? Do you have pics you could show of the two of you?" And, "Can't

3

wait to do my best to please your daughter." He continued, "Would like it if your daughter would control how things go when we meet that way I know she'll get what she wants and get more pleasure out of it ya know?" I stated that she was young and she is going to be very shy. He stated, "Well I hope we can get over that." We continued to chat. He stated his penis was approximately 6-7 inches. He asked if my daughter had sex before to which I stated that she had not. He wanted to know if she still had her "cherry" and I told him I believed that she did. I stated he would be her first experience with sex. He replied, "Ahh...just in case we should have lube with us." He asked, "6-7 is almost to big? I stated, "U think it's too big?" And he replied, "I don't think it would." He continued and at one point asked, "Hehe...does she want to do oral or anal?" I stated he would have to talk to her as I did not want to answer for her.

During the conversation he explained he was into young girls because of the following, "Well ever since I was young I have liked little girls and as I got older I just never changed the way I looked at it...love the look and the idea of having my dick in something so small and tight is a huge turn on." Followed by, "And I get turned on at the look of a small pussy being super stuffed...would you say that her pussy is average or small then norm? I replied that I thought it was "smaller than average." He replied, "Very nice!" At one point he commented on the youngest female he would have sex with and stated, "I think that the youngest I'd go for is eight....not sure why that age lol what's the youngest you ever thought about or would go for? I did not specifically reply. He replied, "Could only imagine what it would look like having an 8 year old pussy overly stuffed with my dick." He stated he had met other people off of [an online site LKS MW] such as a "15 yr old and a guy with an 8 year old." He also asked if he could chat with my daughter, I stated she was not available be would be able to in the near future.

4

On September 14, 2014, I received a text at 12:15 a.m. stating, "Wasn't sure if you wanted to talk more tonight or tomorrow so I decided to drop ya a line =)". I did not reply. On September 14, 2014, at 1:19 a.m., I received a text, "What day is your daughter coming home?" I did not reply.

On September 15, 2014, at 4:01 p.m. I received texts from the poster. In the one of the texts he wanted to know if I gave his number to my daughter and asked how tall my daughter was. Additionally, he wanted to know "how small her tits were" and "how sensitive would you say her clit is?" He stated, "Nice...can't wait to suck, nibble, and lick her clit...love eating pussy!" He also wanted to know if she looked younger than 14 yr of age. He asked about videotaping sex with her. "Do you want to vid us?" I replied, "That sounds hot." He asked, "How long has (name of daughter being used) been wating to pop her cherry?" At approximately 9:37 p.m. he texted, "I think the easiest way for the first time would be for her to be on top so she can control how fast or slow I enter her." I responded that she wanted to have sex for a few years and if we videotaped the sex, he would have to keep it private. To this he replied, "I would never show that to anyone....don't want to go to jail for have sex with a 15 year old." He also stated, "Wonder if she has any friends her age or younger that would like to lose their virginity lol I know I'm a perv lol". The conversation continued and ended the conversation at approximately 9:54 p.m. I did not reach out further.

On September 19, 2014, at approximately 7:37 p.m. I received a text, "Hey....just thought I'd drop a line to see how the two are doing and wanted to know if you wanted to talk any." I replied hours later and stated that my daughter was not with me but would be the following day. He confirmed, "and you said she's 15 right?" I said, "Yes". I asked, "U changing ur mind" and "U can tell me, I won't b mad" to which he replies, "Oh no not at all I just didn't have the earlier txt and wanted to check again." Also, "I'm gonna be in heaven!!!"

On September 20, 2014 at approximately 1:33 p.m. the poster texted me and wanted to know when I was picking my daughter up. At approximately 9:27 p.m. the poster believed he was having a conversation with my 15 yr old daughter and confirms that she is 15 yrs of age. He stated that his name was "Chris" and he was a student working on a degree in game programming. At 9:47 p.m. Chris asks, "And you're a virgin?" I confirmed that she was and he stated, "your mom said that you are looking forward to meeting me?" and "I would love to come over one of these days soon =)". The chatting continued and at one point at approximately 10:30 p.m. he asked, "Is there any certain things you want to try when I come over?" I stated, "I havnt tried anything so I think I want to learn". He talked about role playing and me being naughty stating, "And I'd insist you be bare bottomed.....well if we did the teacher bit you could call me Mr. Mitzel....or we could do the father that catches his daughter looking at porn and take it from there then you call me daddy....idk lol". The chatting continued. "Do you shave your pussy?" I replied, "I shave everything. U me to stop shaving?" Mitzel, "No I love a bald pussy." Followed by, "You don't mind me being 35 do you?" I replied, "Do you care I'm 15 w like zero experience?" He stated, "Not at all it's a huge turn on." At approximately 11:09 p.m. "And I hope my penis isn't too small for you...not sure how big you were wanting." And, "I think we maybe able to get you that orgasm if you've never had a long as me before." At 11:54 p.m. He asked, "Do you want to try anal?" I replied, "After I get used to you maybe." "Ok....blow jobs" and "I think that since you've never had as big as me before that you should be on top the first time she you can insert me at your own speed. I'm also a big fan of small tits....how big are yours?" I replied that I would try a blow job and that my breasts were not big. I started to end the conversation and at 12:19 a.m. Mitzel stated, "If we do end up turning into a long on going thing and we're still doing this when you turn 18 do you want to go to Black Beach and have sex

publicly? They have a nude part." I replied, "Why not have sex with me there now!" He responded, "Oh well I guess we could if you want." The conversation ended at approximately 12:37 a.m.

On September 21, 2014 at approximately 11:13 a.m. Mitzel texted, "Good morning to the both of you." He wanted to chat and then speak with my daughter. A short conversation was had and Mitzel commented that he wanted to video tape any sexual contact that was had. "Well it would be nice to watch the tape together afterwards."

From September 22, 2014, to September 24, 2014, I continued to text with Mitzel setting up a time for him to meet with the fifteen year old minor.

On September 24, 2014, a plan was confirmed in which it was arranged for Mitzel to meet at a local area motel for sex with the fifteen year old. In a text message sent from Mitzel on September 24, 2014, at approximately 7:40 p.m., Mitzel wrote, "If she does want you to stay are you still up for the idea of taking a vid of when I first enter her?" Followed by, "Tomorrow is going to be a huge treat for the both of us. Have a feeling that when I do get inside her that it'll look over full" at approximately 8:48 p.m. At approximately 9:49 p.m., Mitzel sent a photo of his penis to whom he believed was the 15 yr old minor female. At 9:53 p.m. he sent another photo in which he was entirely naked in front of a bathroom mirror. The photo showed his face, down to his knees with what appeared to be a semi-erect penis. Mitzel texted the 15 yr. old to send him a photo, "Maybe a close up of your pussy?" A photo was not provided.

On September 25, 2014, it was again confirmed that Mitzel wanted to meet for sex with the fifteen year minor at a local area motel. Mitzel texted at approximately 11:33 a.m., "Can't wait to go down on (name of daughter being used)!" and "Did a little manscaping so I'd have little to no hair on my balls and dick for (name of daughter being used). The texting continued and at

7

approximately 1:42 p.m. the location of Motel 6, 2424 Hotel Circle North, San Diego, was given to Mitzel as the meeting location. At approximately 2:48 p.m., Mitzel arrived on foot to Motel 6 and went to the front desk where a room key was left for him. Mitzel asked for the room key that was left for "Chris M." and entered room #227 shortly after. He then sent texts stating, "Jumping in the shower" and "Under the covers now." At approximately 3:15 p.m., Mitzel was taken into custody when he was walking to the front desk on a rouse. (I had asked him to exit the room to go to the front desk and get money for me.)

After a search of the room was conducted, Mitzel had indeed showered and located in the room were seven condoms next to the night stand. Mitzel was advised of his <u>Miranda</u> rights and agreed to provide a statement. Mitzel initially stated he arrived at the motel to have sex with a 31 yr old woman he met off of an online site. After further discussion, Mitzel admitted and stated that he came to the motel to have sex with a 31 year old female and her 15 year old daughter, but was not sure if he would go through with sex with the 15 year old. He also said that agents would find child pornography on his cell phone depicting minors ranging in age 8-14.